UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMERLAN AMATBEK UULU,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.

Respondents.

Case No. 5:26-cv-03526-JFW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 25). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's request for alternative counsel (Dkt. 16) is denied as moot, and Judgment shall be entered dismissing the Petition as moot.

DATED: September 10, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE